# EXHIBIT 1


WASHINGTON & CO
Email:
info@thewashingtonco.com
Location:
16701 Melford Blvd, Suite 400
Bowie, MD 20715
Call:
(301) 396-4223
HOME
ABOUT US
FAQ'S
BLOG
CAREERS
CONTACT US
ESTIMATED TAX SAVINGS
DO I NEED A CFO?
You don't have to be a tax expert.
That's our job.
SCHEDULE A CONSULTATION
WASHINGTON & CO
Jump to
Meet Our Team
VIEW NOW
Jump to
Schedule a Consultation
VIEW NOW
BOOK NOW
Jump to
Reviews
VIEW NOW
Why come to
Washington & Co Inc.
Washington & Co Inc. looks at your finances as a whole with radical transparency. We look at your life, business, and regulatory requirements to reduce your tax liability in addition to providing CFO services to acquire accurate financial information. This allows you to make strategic and informed decisions in reducing your taxes and further investing in a more stable financial future.
Schedule a Consultation