# EXHIBIT 2

# NORTH CAROLINA
## Department of The Secretary of State

**To all whom these presents shall come, Greetings:**

**I, ELAINE F. MARSHALL,** Secretary of State of the State of North Carolina, do hereby certify the following and hereto attached to be a true copy of

**ARTICLES OF ORGANIZATION**

**OF**

**WASHINGTON & COMPANY, L.L.C.**

the original of which was filed in this office on the 2nd day of December, 2008.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal at the City of Raleigh, this 2nd day of December, 2008

Elaine F. Marshall

**Secretary of State**

**Document Id: C20083370009 5**

SOSID: 1073884
Date Filed: 12/2/2008 2:43:00 PM
Elaine F. Marshall
North Carolina Secretary of State
C200833700095

**State of North Carolina**
**Department of the Secretary of State**

## Limited Liability Company
## ARTICLES OF ORGANIZATION

Pursuant to §57C-2-20 of the General Statutes of North Carolina, the undersigned does hereby submit these Articles of Organization for the purpose of forming a limited liability company.

1. The name of the limited liability company is: Washington & Company ,L.L.C.

2. If the limited liability company is to dissolve by a specific date, the latest date on which the limited liability company is to dissolve: (*If no date for dissolution is specified, there shall be no limit on the duration of the limited liability company.*)

3. The name and address of each person executing these articles of organization is as follows: *(State whether each person is executing these articles of organization in the capacity of a member, organizer or both. Note: This document must be signed by all persons listed here).*
David Washington Member & Organizer
5000 Swordfish Drive
Raleigh, NC 27603

4. The street address and county of the initial registered office of the limited liability company is:

   Number and Street 4819 Emperor Blvd, Suite 400

   City, State, Zip Code Durham, NC 27703 County Durham

5. The mailing address, ***if different from the street address,*** of the initial registered office is:

   Same

6. The name of the initial registered agent is David Washington

7. Principal office information: (*Select either a or b.)*

   a. ☒ The limited liability company has a principal office.

   The street address and county of the principal office of the limited liability company is:

   Number and Street 4819 Emperor Blvd, Suite 400
   City, State, Zip Code Durham, NC 27703 County Durham

   The mailing address, ***if different from the street address***, of the principal office of the corporation is:

   b. ☐ The limited liability company does not have a principal office.

8. Check one of the following:

__X__(i) ***Member-managed LLC***: all members by virtue of their status as members shall be managers of this limited liability company.

______(ii) ***Manager-managed LLC***: except as provided by N.C.G.S. Section 57C-3-20(a), the members of this limited liability company shall not be managers by virtue of their status as members.

9. Any other provisions which the limited liability company elects to include are attached. N/A

10. These articles will be effective upon filing, unless a date and/or time is specified:

________________________________________

This is the 2 day of December, 2008

David Washington

*Signature*

David Washington, Organizer & Member

*Type or Print Name and Title*

NOTES:

1. **Filing fee is $125. This document must be filed with the Secretary of State.**