# EXHIBIT 3


washingtonandco.com
Gmail
YouTube
Maps
Animation - Script S...
NC Film Critics - NC...
Martial Arts Entertai...
All Bookmarks
WASHINGTON & CO.
HOME
ABOUT US
SERVICES
CONTACT
Advice. Experience.
Knowledge.
To help your business to
grow
faster and stronger.
Washington & Company is a business consultancy and professional development firm, which provides a range of solutions to meet the business needs of our clients.
Learn More
STRATEGY
HUMAN
PROFESSIONAL