# EXHIBIT 4

WASHINGTON&CO.

# Invoice Quote

DATE: SEPTEMBER 30, 2011

410 N. Boylan Ave.
Raleigh, NC 27603
Phone: 919.256.3774
Fax: 919. 256.3739
Email: david@washingtonandco.com
EIN: 26-3824194

**TO:**
American Heart Association
Mid-Atlantic Affiliate
415 N. Charles Street
Baltimore, MD 21201

**FOR:**
Presentation

| DESCRIPTION | AMOUNT |
|---|---|
| Presentation: Board Training<br>Travel Fee | [redacted] |
| TOTAL | [redacted] |

Make all checks payable to Washington & Company

**Thank you for your business!**