# EXHIBIT 5

# SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS

*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, AND 30*

1. REQUISITION NUMBER: 1300449231

PAGE 1 OF 31

| 2. CONTRACT NO. | 3. AWARD/EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|
| GS-02F-103AA | 19-Sep-2014 | N00030-14-F-0750 | N00030-14-T-0750 | |

7. FOR SOLICITATION INFORMATION CALL: a. NAME: RYAN REDMAN; b. TELEPHONE NUMBER *(No Collect Calls)*: 202-433-8434; 8. OFFER DUE DATE/LOCAL TIME:

9. ISSUED BY — CODE N00030

STRATEGIC SYSTEMS PROGRAMS
1250 10TH STREET SE,
SUITE 3600
WASHINGTON DC 20374-5127

TEL: 202-433-8436
FAX: 202-433-5394

10. THIS ACQUISITION IS
- [ ] UNRESTRICTED
- [X] SET ASIDE: 100 % FOR
  - [ ] SB
  - [ ] HUBZONE SB
  - [X] 8(A)
  - [ ] SVC-DISABLED VET-OWNED SB
  - [ ] EMERGING SB

SIZE STD: 15.0M NAICS: 541611

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
- [ ] SEE SCHEDULE

12. DISCOUNT TERMS

- [ ] 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)

13b. RATING

14. METHOD OF SOLICITATION
- [ ] RFQ
- [ ] IFB
- [X] RFP

15. DELIVER TO — CODE

**SEE SCHEDULE**

16. ADMINISTERED BY — CODE

**SEE ITEM 9**

17a. CONTRACTOR/OFFEROR — CODE 59LM0

WASHINGTON & COMPANY, L.L.C.
DR DAVID WASHINGTON
410 N BOYLAN AVE
RALEIGH NC 27603-1212

TEL. 919-256-3774 FACILITY CODE

18a. PAYMENT WILL BE MADE BY — CODE HQ0338

DFAS-COLUMBUS CENTER
DFAS-CO/SOUTH ENTITLEMENT OPERATIONS
P.O. BOX 182264
COLUMBUS OH 43218-2264

- [ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a. UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

25. ACCOUNTING AND APPROPRIATION DATA

**See Schedule**

26. TOTAL AWARD AMOUNT (For Govt. Use Only)

**$92,322.85**

- [ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1. 52.212-4. FAR 52.212-3. 52.212-5 ARE ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED
- [ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 1 COPIES
- [X] TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

29. AWARD OF CONTRACT: REFERENCE
- [ ] OFFER DATED . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

30a. SIGNATURE OF OFFEROR/CONTRACTOR

David Washington

Digitally signed by David Washington
DN: c=US, o=IdenTrust ACES Business Representative, ou=WASHINGTON AND COMPANY LLC, cn=David Washington, 0.9.2342.19200300.100.1.1=A01096A0000013A1E0A6F8F00004675
Date: 2014.09.19 14:09:52 -04'00'

31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER)

31c. DATE SIGNED

30b. NAME AND TITLE OF SIGNER *(TYPE OR PRINT)*

Dr. David Washington, Managing Partner

30c. DATE SIGNED

9/19/2014

31b. NAME OF CONTRACTING OFFICER *(TYPE OR PRINT)*

TEL: EMAIL:

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV 3/2005)
Prescribed by GSA
FAR (48 CFR) 53.212