# EXHIBIT 6

# SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS

*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, AND 30*

1. REQUISITION NUMBER: W74RDV61066082

PAGE 1 OF 14

| 2. CONTRACT NO. | 3. AWARD/EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|
| W912HQ-16-P-0038 | 27-Apr-2016 | | | |

7. FOR SOLICITATION INFORMATION CALL: a. NAME: | b. TELEPHONE NUMBER *(No Collect Calls)*: | 8. OFFER DUE DATE/LOCAL TIME:

**9. ISSUED BY** CODE W912HQ

USACE HUMPHREYS ENGR CTR SPT ACTIVITY
ATTN: CECT-HC,
7701 TELEGRAPH ROAD
ALEXANDRIA VA 22315-3860

TEL:
FAX:

**10. THIS ACQUISITION IS** [ ] UNRESTRICTED OR [X] SET ASIDE: 100 % FOR:

[ ] SMALL BUSINESS
[ ] WOMEN-OWNED SMALL BUSINESS (WOSB)
[ ] HUBZONE SMALL BUSINESS
[ ] ECONOMICALLY DISADVANTAGED WOMEN-OWNED SMALL BUSINESS (EDWOSB)
[ ] SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS
[X] 8(A)

NAICS: 611430
SIZE STANDARD: 11 million

**11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED** [ ] SEE SCHEDULE

**12. DISCOUNT TERMS** Net 30 Days

**13a.** [ ] THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)

**13b. RATING**

**14. METHOD OF SOLICITATION** [ ] RFQ [ ] IFB [ ] RFP

**15. DELIVER TO** CODE W74RDV

CIVIL WORKS PROG INTEG DIV
ANDREA BIAS-STREET
441 G. STREET NW
WASHINGTON DC 20314

**16. ADMINISTERED BY** CODE

**SEE ITEM 9**

**17a. CONTRACTOR/OFFEROR** CODE 59LM0 FACILITY CODE

WASHINGTON & COMPANY, L.L.C.
DAVID WASHINGTON
1135 KILDAIRE FARM RD SUITE 200
CARY NC 27511-4587

TELEPHONE NO. 919-256-3774

**18a. PAYMENT WILL BE MADE BY** CODE 964145

USACE FINANCE CTR 40042
5722 INTEGRITY DRIVE
MILLINGTON TN 38054-5005

17b. [ ] CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a. UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

**25. ACCOUNTING AND APPROPRIATION DATA**

**See Schedule**

**26. TOTAL AWARD AMOUNT (For Govt. Use Only)**

**$4,847.08**

[ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1. 52.212-4. FAR 52.212-3. 52.212-5 ARE ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[ ] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 0 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED.

[X] 29. AWARD OF CONTRACT: REF. OFFER DATED 23-Apr-2016 . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: SEE SCHEDULE

**30a. SIGNATURE OF OFFEROR/CONTRACTOR**

David Washington

**31a. UNITED STATES OF AMERICA** (SIGNATURE OF CONTRACTING OFFICER)

Susan M Hill

| 30b. NAME AND TITLE OF SIGNER *(TYPE OR PRINT)* | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER *(TYPE OR PRINT)* | 31c. DATE SIGNED |
|---|---|---|---|
| Dr. David Washington<br>Managing Partner | 4/27/2016 | SUSAN M HILL / CONTRACTING OFFICER<br>TEL: 703-428-6420<br>EMAIL: susan.m.hill@usace.army.mil | 27-Apr-2016 |