# EXHIBIT 7

WASHINGTON & CO.

Washington & Company, L.L.C.
106 Fountain Brook Circle, Suite C
Cary, NC 27511

| Date | Invoice No. |
|---|---|
| 8/12/16 | USACE005 |

| Bill to: |
|---|
| U. S. Army Corps of Engineers<br>USACE Learning Center<br>ATTN: CEHR-ULC [redacted]<br>P.O. Box 1600<br>Huntsville, AL 35807-4301<br>Email: [redacted] |

| Make Payment to: |
|---|
| Washington & Company, L.L.C.<br>EIN: [redacted]<br>[redacted]<br>Acct Number: [redacted]<br>Routing Number: [redacted] |

| CONTRACT NUMBER: **W912DY-15-P-0051** | | |
|---|---|---|
| CLIN | Description | Amount |
| 1003 | Course Presentation- Baltimore, MD<br>August 8-11, 2016 | [redacted] |
| 1006 | Travel Sessions | [redacted] |
| | **Bal. Due:** | [redacted] |

Electronic funds transfer is authorized for deposit to
Checking Account: [redacted]
The ABA number for [redacted]
Washington & Company, L.L.C. is registered in the SAM, DUNS NO. 829002240

For question call
Dr. David Washington
Ph: 919-889-8351, Fax: 919-234-1890
Email: david@washingtonandco.com

Vendor Representative Signature: David Washington Date: 8/12/2016

According to the Office of Management and Budget's
(OMB)- M-11-32-"Providing Prompt Payment to Small Business"
Washington & Company, L.L.C. is an 8(a) small business requesting payment within 15 days.