# EXHIBIT 8

# SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS

*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, AND 30*

1. REQUISITION NUMBER: 1300638360

PAGE 1 OF 18

| 2. CONTRACT NO. | 3. AWARD/EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|
| N0016717P0179 | 26-May-2017 | | | |

| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME | b. TELEPHONE NUMBER *(No Collect Calls)* | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|
| | | | |

**9. ISSUED BY** CODE N00167

NAVAL SURFACE WARFARE CENTER CARDEROCK
CODE 0224, KELLIE HOLLEY
301-227-2355, KELLIE.HOLLEY@NAVY.MIL
9500 MACARTHUR BLVD
WEST BETHESDA MD 20817

TEL: 301-227-2355

FAX:

**10. THIS ACQUISITION IS** [ ] UNRESTRICTED OR [X] SET ASIDE: 100 % FOR:

[ ] SMALL BUSINESS
[ ] WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
[ ] HUBZONE SMALL BUSINESS
[ ] EDWOSB
[ ] SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS
[X] 8(A)

NAICS: 611430

SIZE STANDARD: $11,000,000

**11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED**
[ ] SEE SCHEDULE

**12. DISCOUNT TERMS**
Net 30 Days

[X] **13a.** THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)

**13b. RATING**
DO-C9

**14. METHOD OF SOLICITATION**
[ ] RFQ [ ] IFB [ ] RFP

**15. DELIVER TO** CODE N00167

NAVAL SURFACE WARFARE CENTER CARDEROCK
EMILY GRAUWILER
9500 MACARTHUR BLVD
WEST BETHESDA MD 20817-5700

**16. ADMINISTERED BY** CODE

**SEE ITEM 9**

**17a. CONTRACTOR/OFFEROR** CODE 59LM0 FACILITY CODE 59LM0

WASHINGTON & COMPANY, L.L.C.
106 FOUNTAIN BROOK CIR STE C
CARY NC 27511-4478

TELEPHONE NO.

**18a. PAYMENT WILL BE MADE BY** CODE N62825

NSWC CARDEROCK, NAVY ERP
9500 MACARTHUR BOULEVARD
BETHESDA MD 20817-5700

[ ] **17b.** CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

**18b.** SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a. UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

**25. ACCOUNTING AND APPROPRIATION DATA**
**See Schedule**

**26. TOTAL AWARD AMOUNT (For Govt. Use Only)**
**$12,700.00**

[ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1. 52.212-4. FAR 52.212-3. 52.212-5 ARE ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[X] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [X] ARE [ ] ARE NOT ATTACHED

[X] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 1 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED.
REF: Per Quote #USDN001

[ ] 29. AWARD OF CONTRACT: REF. OFFER DATED . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: SEE SCHEDULE

**30a. SIGNATURE OF OFFEROR/CONTRACTOR**
David Washington

**31a. UNITED STATES OF AMERICA** (SIGNATURE OF CONTRACTING OFFICER)
Gary Whitney

| 30b. NAME AND TITLE OF SIGNER *(TYPE OR PRINT)* | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER *(TYPE OR PRINT)* | 31c. DATE SIGNED |
|---|---|---|---|
| Dr. David Washington<br>Managing Partner | 5/31/2017 | Gary Whitney / Contract Specialist<br>TEL: 301-227-3451<br>EMAIL: gary.whitney@navy.mil | 26-May-2017 |