# EXHIBIT 9

WASHINGTON & CO.

| Date | Invoice No. |
|---|---|
| 9/20/2018 | DHS0001 |

| Bill to: |
|---|
| USCIS Contracting Office<br>Department of Homeland Security<br>70 Kimball Avenue<br>South Burlington VT 05403 |

| Make Payment to: |
|---|
| Washington & Company, L.L.C.<br>106 Fountain Brook Circle, Suite C<br>Cary, NC 27511<br>**EIN: 26-3824194**<br>**DUNS Number: 829002240** |

| CONTRACT INFORMATION | | | |
|---|---|---|---|
| **Order Number** | 70SBUR18F00000678 | **Contract Number** | GS-02F-103AA |
| **Period of Performance** | Begin: 9/1/2018 | End: 4/30/2019 | |

| ACCOUNTING AND APPROPRIATION DATA | | | |
|---|---|---|---|
| **Accounting Information** | [redacted] | **Requisition Number** | [redacted] |

| ITEM INFORMATION | | | | | |
|---|---|---|---|---|---|
| **Item Number** | **Description of Services** | **Quantity** | **Unit of Measure** | **Unit Price** | **Amount** |
| 0001 | Microsoft Office 2016 Basic Word Course<br>Service Delivery Date: September 18, 2018 | 1 | EA | [redacted] | |
| 0002 | Microsoft Office 2016 Basic Outlook Course<br>Service Delivery Date: September 19, 2018 | 1 | EA | [redacted] | |
| | | | | **Grand Total** | [redacted] |

| **Electronic funds transfer** is authorized for deposit to: |
|---|
| Checking Account: [redacted]<br>The ABA number for [redacted]<br>Washington & Company, L.L.C. is registered in the SAM, **DUNS NO. 829002240** |

For questions or concerns call
Dr. David Washington
Managing Partner
Phone: 919-256-3774
Email: david@washingtonandco.com
106 Fountain Brook Circle, Suite C
Cary, NC 27511

Vendor Representative Signature: David Washington Date: 9/20/2018